IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GILBERT MANNING,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                            No. 15-cv-1175-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on April 15, 2016 (Doc. 14), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                  JUSTINE FLANAGAN,
                                  ACTING CLERK OF COURT

                              BY:  s/*Caitlin Fischer*
                                    **Deputy Clerk**

Dated: April 15, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.15 13:20:31 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT